

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00357-CV

———————————————

DAVID PAUL MERRIMAN, Appellant

V.

WILLIAM BENTON DOUGLASS, IV, AS INDEPENDENT EXECUTOR OF
ESTATE OF LETA JANETTE MERRIMAN, Appellee

On Appeal from Probate Court No. 2
Tarrant County, Texas
Trial Court No. 2018-PR03419-2-A

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the parties' "Joint Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: November 7, 2019